# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARABJIT SANGHA,<br><br>  Plaintiff,<br><br>  vs.<br><br>CIGNA LIFE INSURANCE COMPANY OF NEW YORK,<br><br>  Defendant. | Case No. 4:17-cv-05158-HSG<br><br>**ORDER REMOVING THE CASE FROM THE COURT'S ADR PROGRAM AND REFERRING THE PARTIES TO PRIVATE MEDIATION** |

The Court, having reviewed the parties' Stipulation Requesting Referral to Private Mediation, finds that good cause exists to enter an order approving the Stipulation.

IT IS HEREBY ORDERED that this case is removed from the Court's ADR program and is referred to private mediation with Adrienne Publicover, Esq. of JAMS.

Dated: January 26, 2018

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge