UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARABJIT SANGHA,<br><br>        Plaintiff,<br><br>   v.<br><br>CIGNA LIFE INSURANCE COMPANY OF NEW YORK,<br><br>        Defendant. | Case No. 17-cv-05158-HSG<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Plaintiff's Motion for Judgment and Denying Defendant's Motion for Judgment (June 18, 2018, Dkt. No. 37),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Sarabjit Sangha ("Plaintiff") shall have Judgment in her favor and against defendant Cigna Life Insurance Company of New York ("CLICNY") on her claim for long term disability benefits.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that CLICNY shall pay retroactive long term disability benefits and interest to Plaintiff from August 1, 2016 to July 17, 2018 in the total amount of $49,792.54.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's long term disability benefits under the Plan be reinstated, and her claim is remanded to CLICNY to determine Plaintiff's further entitlement to Plan benefits after July 17, 2018 under applicable Plan terms.

//

//

//

//

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that CLICNY shall pay Plaintiff monthly long term disability benefits after July 17, 2018 until such time Plaintiff no longer qualifies for benefits under the terms of the Plan.

**IT IS SO ORDERED.**

Dated: 8/6/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge